**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MANUEL PANDURO,

Plaintiff,

v.

JAMES HILL, ET AL.,

Defendants.

Case No. 5:23-cv-00784-CV-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9/21/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE