**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL PANDURO,<br>Plaintiff,<br>v.<br>JAMES HILL, ET AL.,<br>Defendant. | Case No. 5:23-cv-00784-CV-AJR<br><br>**AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On September 21, 2026, this Court issued an Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge (the "Order Accepting"), (Dkt. 75), and entered Judgment dismissing this action with prejudice. (Dkt. 76.) The Order Accepting noted that the time for filing objections had passed, and the Court had not received any objections. (Id.) Thereafter, on September 21, 2026, the Clerk's Office received Objections which were posted to the docket on September 21, 2026. (Dkt. 77.)

In light of Plaintiff's subsequently filed Objections, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge (the "R&R"; Dkt. 74), Plaintiff's Objections (Dkt. 77), and all the records and files

herein. The Court has conducted a *de novo* review of those portions of the R&R to which Plaintiff objected. See 28 U.S.C. § 636(b)(1). Having conducted a *de novo* review, Plaintiff's Objections do not cause this Court to change its prior decision to accept the findings, conclusions, and recommendations in the R&R.

IT IS SO ORDERED.

DATED: 10/19/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE